UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____12-05 M_____

2) Defendant's Name:___Truglia_____Pat_____
   (Last)                (First)              (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held: _X_ Yes ___No   Date/Time: _1/30/12_____

10) Detention Hearing Held:____ Bail set at: $100,000  ROR Entered:___ POD Entered:___

11) Temporary Order of Detention Entered:____   Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: ✓_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY:____Elizabeth Geddes_____

14) DEFENSE COUNSEL'S NAME: Barry Shulman_____
    Address:_____
    Bar Code:_____ CJA:____ FDNY:____ RET: _X_
    Telephone Number:(   )_____

15) LOG #: 11:30-11:42_____ MAG. JUDGE: Marilyn Go_____

16) _✓_ Defendant was advised of bond conditions by the Court and signed the bond.
    _✓_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE